UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY L.DASHIELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> GC SEVICES LIMITED PARTNERSHIP, <br><br> Defendant. | Case No. 4:21-cv-03153 |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT AND STRIKE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**NOW COMES,** GREGORY L. DASHIELL, JR. ("Plaintiff"), by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a)(2), bringing this Motion to Amend his Complaint to dismiss his claim pursuant to 15 U.S.C. §1692c(b) with prejudice and to strike the briefing schedule on Defendant's Motion for Judgment on the Pleadings, and in support thereof, stating as follows:

1. On September 28, 2021, Plaintiff filed the instant case seeking redress for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*. [Dkt. 1]

2. Plaintiff's Complaint alleges that Defendant violated §§1692c(b), 1692d, 1692e, 1692f, and 1692g of the FDCPA in the course of attempting to collect a debt from Plaintiff.

3. On December 13, 2021, Defendant filed a filed a Motion for Judgment on the Pleadings ("Defendant's Motion") seeking dismissal of Plaintiff's §1692c(b) claim only. [Dkt. 17]

4. After a thorough review of Defendant's Motion, Plaintiff no longer wishes to pursue his §1692c(b) claim.

1

5. Plaintiff is seeking to amend his complaint to withdraw and dismiss his §1692c(b) claim with prejudice pursuant to Fed. R. Civ. P. 15(a)(2).

6. "In the absence of any apparent or declared reason — such as undue delay, bad faith or dilatory motive on the part of the movant[;] repeated failure to cure deficiencies by amendments previously allowed[;] undue prejudice to the opposing party by virtue of allowance of the amendment[;] futility of amendment[;] *etc*. - the leave sought should, as the rules require, be 'freely given.'" *Valdez v. Capital Mgmt. Servs.,* 2010 U.S. Dist. LEXIS 163944, at *9 (S.D. Tex. 2010) *citing Foman v. Davis,* 371 U.S. 178, 182 (1962).

7. Here, there is no apparent reason to deny Plaintiff's request to amend his complaint.

8. Specifically, dismissal of the §1692c(b) claim at this juncture would not prejudice Defendant as Plaintiff is not adding any new claims or allegations.

9. Moreover, the dismissal of the §1692c(b) claim would moot out Defendant's Motion and would help streamline this litigation.

10. Plaintiff has not previously amended his complaint.

11. Accordingly, there is good cause to permit Plaintiff to amend his complaint to withdraw and dismiss his §1692c(b) claim with prejudice.

12. Pursuant to Local Rule 7.2D, Plaintiff's counsel sent multiple emails to Defendant's counsel on January 3, 2022 inquiring whether Defendant opposes the relief sought herein. As of the time of the filing of the instant motion, Defendant's counsel has not responded to Plaintiff's Counsel's emails.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order (1) granting Plaintiff leave to amend his complaint; (2) dismissing the §1692c(b) claim with

prejudice; and (3) strike any deadlines associated with Defendant's Motion for Judgment on the Pleadings.

| | |
|---|---|
| Dated: January 3, 2022 | Respectfully submitted, |
| | *s/ Mohammed O. Badwan* |
| | Mohammed O. Badwan |
| | Sulaiman Law Group, Ltd. |
| | 2500 South Highland Avenue, Suite 200 |
| | Lombard, Illinois 60148 |
| | Phone: (630) 575-8180 |
| | Fax: (630) 575-8188 |
| | mbadwan@sulaimanlaw.com |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2022, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court for the Southern District of Texas, with notification being sent electronically to all counsel of record.

*s/ Mohammed O. Badwan*
