United States District Court
Southern District of Texas
**ENTERED**
January 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY L. DASHIELL, JR. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:21-3153 |
| | § | |
| GC SERVICES LIMITED PARTNERSHIP | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed on January 24, 2022 (Doc. No. 19), Plaintiff's claims pursuant to 15 U.S.C. § 1692g and § 1692c(b) **only** are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

SIGNED at Houston, Texas, this ___ day of January 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE