United States District Court
Southern District of Texas
**ENTERED**
October 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY L. DASHIELL,<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-03153 |
| GC SERVICES LIMITED PARTNERSHIP,<br>*Defendant.* | § § § | |

### ORDER

Following entry of the Court's Order of Dismissal (Doc. No. 20), this case was mistakenly closed, and all pending motions were terminated. The clerical error has been corrected and this case has been reopened.

The Court hereby **GRANTS** Plaintiff's Motion to Amend the Complaint. (Doc. No. 18). The Court hereby **DENIES** as moot and without prejudice Defendant's Motion for Judgment (Doc. No. 17) because the Motion was based on the Original Complaint. The Court gives Defendant leave to file any responsive motions to the forthcoming amended complaint as it sees fit.

SIGNED this 13 day of October 2023.

Andrew S. Hanen
United States District Judge